# Court of Appeals
# of the State of Georgia

ATLANTA,  November 18, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0532. KARANJA O. ROLLAND v. THE STATE.

In 2009, Karanja Rolland pled guilty to two counts of violating the Georgia Controlled Substances Act and was sentenced to 25 years, with 10 years to serve and the remainder on probation. The trial court revoked his probation following a September 2019 hearing during which Rolland admitted to violating a condition of his probation. Rolland now seeks to appeal from the trial court's August 17, 2020 denial of his "Motion to Correct a Void Revocation." We, however, lack jurisdiction.

"In determining the proper procedure to follow in pursuing an appeal, the underlying subject matter generally controls over the relief sought." *Self v. Bayneum*, 265 Ga. 14, 14-15 (453 SE2d 27) (1995). Because the underlying subject matter of this appeal is the revocation of Rolland's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5), (b); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). His failure to do so deprives this Court of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/18/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*